**United States District Court**
For the Northern District of California

1
2
3
4
5    IN THE UNITED STATES DISTRICT COURT

6    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    VICTOR WINN,                                    No. C 12-04570 YGR (PR)

9              Plaintiff,                            **ORDER OF TRANSFER**

10    vs.

11    WARDEN CYNTHIA TAMPKINS, et al.,

12              Defendants.

13    _____/

14         Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983

15    and an application for *in forma pauperis* status.  The acts complained of occurred at the California

16    Rehabilitation Center, which is located in the Eastern District of California, and it appears that

17    Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.

18    *See* 28 U.S.C. § 1391(b).

19         Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20    TRANSFERRED to the United States District Court for the Eastern District of California.  The

21    Clerk of the Court shall transfer the case forthwith.  All pending motions are TERMINATED on this

22    Court's docket as no longer pending in this district.

23         IT IS SO ORDERED.

24    DATED:    September 11, 2012                    _____

25                                                   YVONNE GONZALEZ ROGERS
                                                     UNITED STATES DISTRICT COURT JUDGE

26

27

28