IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WINN, | No. C 12-04570 YGR (PR) |
| Plaintiff, | **AMENDED** ORDER OF TRANSFER |
| vs. | |
| WARDEN CYNTHIA TAMPKINS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* status. The acts complained of occurred at the California Rehabilitation Center, which is located in the **Eastern Division of the Central District of California**, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the **Eastern Division of the United States District Court for the Central District of California**. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: September 14, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Winn4570.AMENDEDtransfer.wpd